IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>JORGE BAUTISTA-CRUZ and<br>CHRISTOPHER M. JIMENEZ,<br><br>    Defendants. | 8:12CR376<br><br>**MEMORANDUM AND ORDER** |

Defendant Christopher M. Jimenez has moved to continue the trial currently set for January 7, 2013. (Filing No. 25). As explained in the motion, the defendant needs additional time to investigate this case and review discovery. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

  IT IS ORDERED:

1)  Defendant Jimenez's motion to continue, (filing no. 25), is granted.

2)  **As to both defendants**, the trial of this case is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom of the United States Courthouse, Omaha, Nebraska, at 9:00 a.m. on February 11, 2013, or as soon thereafter as the case may be called. Jury selection will be held at commencement of trial.

3)  Based upon the showing set forth in defendant Jimenez's motion and the representations of counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, **as to both defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and February 11, 2013, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

December 26, 2012.

BY THE COURT:

*s/ F.A. Gossett*
United States Magistrate Judge