
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR376 |
| V. | ) | |
| JORGE BAUTISTA-CRUZ and CHRISTOPHER M. JIMENEZ, | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED that:

(1) The plaintiff's motion to continue trial (filing 28) is granted.

(2) Trial of this case as to both defendants is continued to April 1, 2013, at 9:00 a.m., as the number one criminal trial, before Senior United States District Judge Richard G. Kopf, in the Special Proceedings Courtroom, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

(4) No more trial continuances will be granted.

DATED this 29th day of January, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge