IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR376 |
| v. | ) | |
| JORGE BAUTISTA-CRUZ, | ) | ORDER |
| Defendant. | ) | |

Upon the suggestion of death of the defendant and as evidenced by a copy of the death certificate filed herein as submitted by the United States Probation Officer assigned to this matter,

IT IS ORDERED that, as to this defendant, this case is dismissed without prejudice.

DATED this 26th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge